IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELLIS FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-00136-DRB |
| | ) | [wo] |
| CHARLIE C. WILLIAMS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTIONS

Upon consideration of the Plaintiff's *Motion to Compel Supplemental Requests for Production Responses* (Doc. 21, April 11, 2006) and *Motion to Compel Subpoenaed Materials* (Doc. 22, April 11, 2006) and pursuant to the representations of counsel during the scheduled pretrial hearing on April 13, 2006 , it is hereby

**ORDERED** that each motion (Docs. 21 and 22) is **DENIED as moot.**

Done this 14th day of April, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE