IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELLIS FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-CV-00136-B |
| ) | [wo] |
| CHARLIE C. WILLIAMS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER ON MOTION

Upon consideration of *Plaintiff's Identification of Expert Witness* (Doc. 39, May 1, 2006) and *Defendants' Objection and Motion to Strike Plaintiff's Designation of Expert Witness* (Doc. 43, filed May 4, 2006), the court readily concludes that the Objection is well-taken and due to be sustained. The scheduling order filed herein over eight months ago (Doc. 16, Sept. 1, 2005) set a February 1, 2006 deadline for Plaintiff to identify any expert witness. No good cause is shown for non-compliance. Accordingly, it is

**ORDERED** that *Defendants' Motion to Strike Plaintiff's Designation of Expert Witness* (Doc. 43) is hereby **GRANTED.**

Done this 8th day of May, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE