IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELLIS FRANKLIN, )<br>*Plaintiff*, )<br>)<br>)<br>CHARLIE C. WILLIAMS, *et al.*, )<br>*Defendants.* ) | 2:05-CV-00136-B<br>[wo] |

### ORDER ON MOTIONS

After due consideration of *Plaintiff's Motions in Limine* (Doc. 41, May 1, 2006), *Defendants' Response* (Doc. 49, May 8, 2006), relevant pleadings and the Pretrial Order, it is **ORDERED as follows** with respect to the disputed evidence:

1. RE:   photographs or testimony concerning beer cans and/or remains of marijuana cigarette

    **For good cause shown, Plaintiff's *Motion in Limine* is GRANTED.**

2. RE:   C-4 forms submitted by three of the passengers on the bus

    **For good cause shown, Plaintiff's *Motion in Limine* is**

    **(a) DENIED with respect to any passenger who testifies at trial, provided that the form is otherwise admissible for the purpose offered;**

    **(b) GRANTED, on the asserted basis of hearsay, with respect to non-testifying passengers.** The court overrules Defendants' objections premised on Fed.R .Evid., Rule 803(1) without prejudice for reconsideration in response to any testimony purporting to establish admissibility under this hearsay exception. Also overruled is Defendants' objection that the C-4 cards are due to be admitted either (i) as regularly maintained business records pursuant to Rule

803(6), or (ii) as residual hearsay pursuant to Rule 807.

3.    RE:    any and all documents related to Plaintiff's application for disability, including, but not limited to, applications, correspondence to and from the Disability/Social Security Administration, statements, determination documents, and/or appeal documents

**For good cause shown, Plaintiff's *Motion in Limine* is DENIED** without prejudice for reconsideration with respect to a specific document and specific objections asserted thereto in the context of the relevant testimony.

Done this 10th day of May, 2006.

                              /s/ Delores R. Boyd
                              DELORES R. BOYD
                              UNITED STATES MAGISTRATE JUDGE