IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELLIS FRANKLIN,  *Plaintiff,* | ) ) ) | |
| v. | ) ) | 2:05-CV-00136-B  [WO] |
| CHARLIE C. WILLIAMS, *et al.*,  *Defendants.* | ) ) ) | |

## ORDER ON MOTION

For good cause shown, and without opposition from Plaintiff, it is

**ORDERED** that *Defendants' Third Motion in Limine* (Doc. 34, May 1, 2006) is **GRANTED**

with respect to –

Any Testimony, Expert or Otherwise, and/or the Introduction of Evidence in Any Form during the Trial of this Cause, Concerning Prior Accidents involving Charlie Williams during his Employment with Greyhound which occurred before the accident at issue in this cause.

DONE this 10th day of May, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE