IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELLIS FRANKLIN, | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | 2:05-CV-00136-B |
| | ) | [WO] |
| CHARLIE C. WILLIAMS, *et al.*, | ) | |
| *Defendants.* | ) | |

### ORDER ON MOTION

*Defendants' Fourth Motion in Limine* (Doc. 35, filed May 1, 2006) has as its subject:

Any testimony, opinion, or otherwise, by Sandra Scates, or any witness, and/or the introduction of evidence (in documentary or any form) during the trial of this case, specifically including deposition testimony, concerning holding Defendant Charlie Williams to a higher standard of negligence than that which is imposed by law, and any attendant breach thereto by Charlie Williams, as evidence of Negligence

After due consideration of the *Motion in Limine, Plaintiff's Objection* (Doc. 54, May 8, 2006), relevant pleadings, the PreTrial Order, and applicable law, it is **ORDERED** that the *Motion* is **GRANTED.**

DONE this 10TH day of May, 2006.

/s/ Delores R. Boyd

DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE