IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ELLIS FRANKLIN, | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | 2:05-CV-00136-DRB |
| | ) | [wo] |
| CHARLIE C. WILLIAMS, *et al.*, | ) | |
| *Defendants.* | ) | |

## ORDER

Pursuant to the *Stipulation of Dismissal With Prejudice* filed on May 19, 2006 (Doc. 66), it is, for good cause, **ORDERED** that:

1. This cause of action is **dismissed with prejudice**.

2. The parties shall bear costs separately incurred.

3. The jury trial currently set for May 22, 2006 is CANCELLED.

Done this 19th day of May, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE